**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2315 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 132 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 312765 |
| | : | |
| MEGAN McCARTHY CLARK, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of July, 2017, on certification by the Disciplinary Board that Megan McCarthy Clark, who was suspended for a period of six months, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Megan McCarthy Clark shall resume inactive status.